```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES L. COLTER, JR.,                          JUDGMENT
                                               06-CV- 0689 (CBA)
                Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X
```

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 20, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further proceedings; and directing that upon remand, plaintiff's claim be processed in an expedited manner; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further proceedings; and that upon remand, plaintiff's claim be processed in an expedited manner.

Dated: Brooklyn, New York
       October 12, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court